Barkley B. Smith, ISBN 9193
Barkley Smith Law, PLLC
 910 Main St. Suite 358C
Boise, ID 83702
P: 314-322-7639
F: 208-429-8233
Email: barkley@barkleysmithlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| AARON KREPS,<br><br>        Plaintiff,<br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>        Defendant. | Case No. 16-CV-307-EJL-CWD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the above-entitled parties, by and through their respective counsel, and

stipulate that the above-entitled action shall be dismissed with prejudice and without costs and

attorney fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 15th day of June, 2017.

/s/ Barkley Smith_____
Barkley B. Smith
*Attorney for Plaintiff*

DATED this 15th day of June, 2017.

/s/ Katherine Neben_____
Katherine A. Neben
*Attorney for Defendant*

DATED this 15th day of June, 2017.

/s/ Will J. Varin_____
Will J. Varin
*Attorney for Defendant*

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, the foregoing was emailed through CM/ECF to counsel for Defendants at the following:

| | | |
|---|---|---|
| Katherine Neben<br>Jones Day<br>3161 Michelson Dr. STE 800<br>Irvine, CA 92612 | [ X] | CM/ECF: kneban@jonesday.com |
| | | |
| J. Will Varin<br>Varin Wordwell, LLC<br>P.O. Box 1676<br>Boise, ID 83701 | [ X] | CM/ECF: Willvarin@varinwardwell.com |

Barkley Smith Law, PLLC

/s/ Barkley Smith_____
Barkley B. Smith
Attorney for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3