UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| AARON KREPS,<br><br>                Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.<br>                Defendant. | Case No. 16-CV-307-EJL-CWD<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties having filed a Stipulation of Dismissal, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulation of Dismissal is APPROVED, and that this case is DISMISSED WITH PREJUDICE and with each party to bear its own attorney fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the Clerk close this case.

DATED: June 19, 2017

Edward J. Lodge
United States District Judge